Charles A. GONZALES, Appellant,

v.

Wayne K. PATTERSON, Warden, Colorado State Penitentiary, Appellee.

No. 9040.

United States Court of Appeals
Tenth Circuit.

Dec. 20, 1966.

Thomas Garrett, Oklahoma City, Okl., for appellant.

James W. Creamer, Denver, Colo., for appellee.

Before LEWIS, BREITENSTEIN and HILL, Circuit Judges.

PER CURIAM.

Appellant is presently confined in the Colorado state penitentiary after and by virtue of a parole revocation. He sought a writ of habeas corpus in the United States District Court for the District of Colorado alleging that he had been denied the rights of confrontation and the assistance of counsel at the revocation hearings. The trial court summarily denied relief.

Affirmed. See Escoe v. Zerbst, 295 U.S. 490, 55 S.Ct. 818, 79 L.Ed. 1566; Johnson v. Tinsley, 234 F.Supp. 866 (Colo.), aff'd mem. 337 F.2d 856.

Joseph Ralph LILES, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 21043.

United States Court of Appeals
Ninth Circuit.

Dec. 19, 1966.

Michael A. Bosco, Jr., Phoenix, Ariz., for appellant.

William P. Copple, U. S. Atty., John L. Augustine, Asst. U. S. Atty., Phoenix, Ariz., for appellee.

Before JERTBERG and DUNIWAY, Circuit Judges, and CROCKER, District Judge.

PER CURIAM:

Upon the Government's confession of error, the order appealed from is reversed and the matter is remanded to the District Court with directions to vacate the judgment of conviction and the plea of guilty, and to rearraign the defendant.